# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NICOIS M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-19-868-R |
| | ) | |
| OKLAHOMA STATE OF, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights by certain correctional professionals during his detention in the Oklahoma County Detention Center. (Doc. No. 1). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On January 7, 2020, Judge Purcell issued a Supplemental Report and Recommendation wherein he recommended that Plaintiff's Motion for Discovery, Doc. No. 44, be denied without prejudice, because discovery is not yet appropriate in the case.[1] (Doc. No. 45). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object.[2] In light of the absence of an objection, the Report and Recommendation is hereby ADOPTED and the Motion for Discovery (Doc. No. 44) is DENIED.

---

[1] Defendants have not yet been served with process.

[2] The Court previously adopted two separate Reports and Recommendations from Judge Purcell addressing the issue of discovery and in a January 21, 2020 Order the Court informed Plaintiff that the Court would inform him when discovery was appropriate.

**IT IS SO ORDERED** this 4th day of February 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE