# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NICOIS M. SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-19-868-R |
| | ) | |
| **OKLAHOMA STATE OF, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Second Supplemental Report and Recommendation issued by Magistrate Judge Gary M. Purcell on May 4, 2020. (Doc.No. 54) Plaintiff filed an unsigned objection to the Report and Recommendation on May 11, 2020 (Doc.No. 57), which the Court ordered be returned to him on May 14, 2020. Plaintiff has not returned a signed version of his objection which has by order dated this same date been stricken. Accordingly, the Court hereby ADOPTS the Report and Recommendation in its entirety and the Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc.No. 53) is hereby **DENIED**.

IT IS SO ORDERED this 8th day of June 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE